UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VERONICA SASENBURY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number: 10-cv-00151-MJR-CJP |
| | ) |
| BARNES-JEWISH HOSPITAL, d/b/a | ) |
| CHILDREN'S HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

COMES NOW, the plaintiff, Veronica Sasenbury by and through her attorney, James R. Williams of Williams, Caponi, Foley & Eckert, P.C. and for her Motion to Voluntarily Dismiss without Prejudice states as follows:

1. That the plaintiff has the absolute right to dismiss her case anytime prior to trial of this matter.

RESPECTFULLY SUBMITTED,

/s/ James R. Williams
BY: JAMES R. WILLIAMS #06206334

**LAW OFFICES**
Williams, Caponi, Foley & Eckert, P.C.
30 East Main Street
PO Box 565
Belleville, Illinois 62222
(618) 235-1550
fax: (618) 235-8059

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a complete copy of this document was electronically filed on this 8th day of June, 2010 with the Clerk of the Court using the CM/ECF systems and was served upon:

Attorney for Defendant:
Dawne S. Zupanci
103 West Vandalia Street
Suite 300
Edwardsville, IL 62025
dkz@heplerbroom.com

/s/ *James R. Williams*